1060

RIZWAN SAMAD, *Respondent*, v. PARAMJEET MOLHOTRA, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-17092-0, Michael Hayden, J., entered August 9, September 23, September 28, and September 29, 1999. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid, C.J., and Baker, J.

RODNEY RAY, *as Guardian*, ET AL., *Appellants*, v. LEO CLARK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-29261-1, Jay V. White, J., entered January 14 and March 7, 2000. *Reversed* by unpublished opinion per Coleman, J., concurred in by Agid, C.J., and Baker, J.

CHERYL PARKER, *Respondent*, v. AMBER LEE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-23332-0, Richard D. Eadie, J., entered December 8, 1999, and January 25, 2000. *Reversed* by unpublished opinion per Coleman, J., concurred in by Agid, C.J., and Baker, J.

MANDY L. ROSS, *Respondent*, v. BYRON G. JONES, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-07773-5, David F. Hulbert, J., entered January 27, 2000. *Reversed* by unpublished opinion per Agid, C.J., concurred in by Coleman and Baker, JJ.